FILED
AUG 09 2018
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WILLIAM FEEGBA, )
)
Plaintiff, )
)
v. ) Civil Action No. 18-1666 (UNA)
)
DONALD TRUMP, )
)
Defendant. )

## MEMORANDUM OPINION

According to the plaintiff, he inherited ownership of the White House in 1979 and, therefore, its past and current occupants owe him rent totaling $27,294,000. The Court has the discretion to decide whether a complaint is frivolous, and such finding is appropriate when the facts alleged are irrational or wholly incredible. *See Denton v. Hernandez*, 504 U.S. 25, 33 (1992); *Neitzke v. Williams*, 490 U.S. 319, 325 (1989) ("[A] complaint, containing as it does both factual allegations and legal conclusions, is frivolous where it lacks an arguable basis either in law or in fact."). Having reviewed the plaintiff's complaint, the Court concludes that its factual allegations are baseless and wholly incredible.

The Court will grant the plaintiff's application to proceed *in forma pauperis* and will dismiss the complaint as frivolous pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i). An Order consistent with this Memorandum Opinion is issued separately.

DATE: 8/8, 2018

_____
United States District Judge